SECOND DEPARTMENT, JULY, 1943.

(July 8, 1943.)

In the Matter of the Application of JACOB SIEGFRIED for Reinstatement as an Attorney.—

Present — Close, P. J., Hagarty, Taylor and Lewis, JJ.

SECOND DEPARTMENT, AUGUST, 1943.

(August 6, 1943.)

HELEN EIFERT, as Administratrix of the Estate of JOHN EIFERT, Deceased, Respondent, v. BURKARD BUILDERS, INC., et al., Appellants, et al., Defendants.— Present — Close, P. J., Hagarty, Johnston and Lewis, JJ.

MARY GUARDINO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Present — Close, P. J., Hagarty, Johnston and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM FROSCH, Relator, against WARDEN OF THE CITY PRISON, BROOKLYN, NEW YORK, Respondent.— Present — Close, P. J., Hagarty, Johnston and Lewis, JJ.

In the Matter of DAVID BOGDANOFF et al., Appellants, against ERNEST F. EILERT et al., Constituting the Board of Elections of Westchester County, Respondents.— No opinion. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur.

In the Matter of MICHAEL J. MASTANTUONO, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, et al., Respondents. In the Matter of FLORENCE H. CASEY, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, et al., Respondents.— No opinion. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur. [180 Misc. 666.]

In the Matter of MICHAEL J. MASTANTUONO, Appellant, against WILLIAM D. MEISSER et al., Constituting the Board of Elections of Nassau County, et al., Respondents.— No opinion. Close, P. J., Hagarty, Johnston and Lewis, JJ., concur. [180 Misc. 667.]